MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

LOWELL C. POWELL (CABN 235446)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7368
    Facsimile: (415) 436-7234
    Email: lowell.powell2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-694 MMC |
| Plaintiff, | |
| v. | NOTICE OF DISMISSAL AND ORDER THEREON |
| JAVIER JUAREZ REYES, | SAN FRANCISCO VENUE |
| Defendant. | |

    With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment without prejudice.

DATED: October 24, 2011                 /s/
                                                  LOWELL C. POWELL
                                                  Special Assistant United States Attorney

NOTICE OF DISMISSAL (CR )

# ~~[PROPOSED]~~ ORDER

Leave is granted to the government to dismiss the indictment. **IT IS SO ORDERED.**

Date: October 25, 2011 
_____
THE HONORABLE MAXINE M. CHESNEY
United States District Judge